# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY P. BARNETT,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　Defendant(s). | Case No. 2:21-cv-01817-NJK<br><br>**Order**<br><br>[Docket No. 1] |

　　　Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1. Plaintiff fails to identify whether he owns any items of value in response to Question 5[1] and also fails to provide the required information for persons who are dependent on him in response to Question 7. The Court also notes the inconsistency in that the application identifies only $194 of income each month in the form of SNAP benefits and no money on hand, while identifying monthly costs of roughly $600. Accordingly, the Court **DENIES** Plaintiff's application for leave to proceed *in forma pauperis* without prejudice. Plaintiff will be granted an opportunity to cure the deficiencies of the application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete, accurate application responding to every question provided on the application.[2]

---

[1] Among other items of value, it would appear that Plaintiff may own a car given that he identifies car insurance as a monthly expense. *See id.* at 2. As Plaintiff does not identify any housing costs, it is also unclear whether he owns a home.

[2] Because the Court has not granted the application to proceed *in forma pauperis*, the Court will not at this time screen the complaint. *See* 28 U.S.C. § 1915(e). A cursory review of the complaint appears to reveal that it likely does not meet the governing standards. *E.g.*, *Graves v. Colvin*, 2015 WL 357121, *2 (D. Nev. Jan. 26, 2015) (collecting cases). A cursory review of the complaint also reveals that it does not comply with the formatting requirements in this courthouse,

No later than **November 1, 2021,** Plaintiff must either file a complete application to proceed *in forma pauperis* or pay the filing fee.  **Failure to timely comply with this order may result in this case being dismissed without prejudice.**

IT IS SO ORDERED.

Dated: October 1, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

such as requiring filings to be presented on numbered pleading paper.  Local Rule IA 10-1(a)(1). Counsel may find that it advances the interests of efficiency and expediency to file an amended complaint to address those issues without awaiting issuance of a screening order.  *See* Fed. R. Civ. P. 15(a)(1) (addressing amendment as a matter of course); *see also* Fed. R. Civ. P. 1 (parties have a duty to employ the rules in a manner that advances the just, speedy, and inexpensive determination of actions).